**UNITED STATES BANKRUPTCY COURT**
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

| | |
|---|---|
| In re: | Bk. No. 17–10796–BAH |
| | Chapter 7 |
| Joseph A. Foistner | |
|     Debtor | |

---

**NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on September 5, 2018 was filed on July 10, 2019. The following deadlines apply:

The parties have until **July 17, 2019** to file with the court a Notice of Intent to Request Redaction of this transcript.

The deadline for filing a Request for Redaction is **July 31, 2019**.

If a Request for Redaction is filed, the redacted transcript is due **August 12, 2019**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **October 8, 2019** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (Cascade Hills Transcription, Inc., 1271 NE Highway 99W, #453, McMinnville, OR, 97128, (541) 900–1266) or you may view the document on the public terminal at the Bankruptcy Court Clerk's Office.

| | |
|---|---|
| Date: July 10, 2019 | Bonnie L. McAlary |
| | Clerk of Court |
| | By: /s/ G. Llewellyn |
| | Deputy Clerk |

Form transcript–830